

**Littler Mendelson, PC**
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510


Mathew W. Beckwith, Esq.
203-974-8705 direct
203-823-4801 fax
mbeckwith@littler.com

February 2, 2026

**VIA ECF**

The Honorable John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12D
New York, New York 10007

**Re:** *Kathleen Violette v. STX Commodities, LLC, et al.,*
   **Case No.: 1:25-CV-10210-JPC**

Dear Judge Cronan:

This firm represents Defendant STX Commodities, LLC(''STX'') in the above-referenced case. Pursuant to Rule 3(B) of Your Honor's Individual Rules, we submit this letter request for an extension of time to respond to the complaint.

STX's response to the complaint is currently due on February 9, 2026. STX requests a fourteen (14) day extension until February 23, 2026. Counsel requires this extension because counsel was engaged in a two-and-a-half-week jury trial during the prior month that was concluded on January 28, 2026 following jury deliberation. As Counsel's focus has been on the jury trial, Counsel needs additional time to prepare a response to the answer and to allow sufficient time for the client to review the response.

This is STX's first request for an extension of this deadline. Plaintiff's counsel consents to this request. The granting of this request will not affect any other scheduled date or deadlines.

As such, STX respectfully request that its deadline to respond to the complaint be extended from February 9, 2026 to February 23, 2026.


Respectfully submitted,

*/s/*

Mathew W. Beckwith

cc:   Jeffrey Risman, Esq.
      Shannon Barry, Esq.

**CERTIFICATE OF SERVICE**

  The undersigned certifies that a true and exact copy of the foregoing document has been filed with the Court through the Court's Electronic Case Filing System this 2nd day of February 2026, through which service will be made via email upon the following:

Shannon Barry, Esq.
Jeffrey Risman, Esq.
233 Broadway, Suite 2707
New York, NY 10279
sbarry@risman-law.com
jrisman@risman-law.com

             */s/ Mathew W. Beckwith*
             Mathew W. Beckwith