UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KATHLEEN VIOLETTE,                                                      :
                                                                        :
                              Plaintiff,                                :
                                                                        :         25 Civ. 10210 (JPC)
              -v-                                                       :
                                                                        :         ORDER
STX COMMODITIES, LLC, and STX GROUP, B.V.,                              :
                                                                        :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  The Complaint in this action was filed on December 10, 2025. Dkt. 1. Defendant STX Group B.V. has not appeared in this action, and the docket does not reflect whether STX Group B.V. has been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Nor has Plaintiff requested an extension of time to serve STX Group B.V.

  Accordingly, Plaintiff is ordered to file a status letter by March 18, 2026, describing (1) whether service of the Summons and Complaint has been made on STX Group B.V., and if not, (2) why good cause exists to excuse Plaintiff's failure to serve STX Group B.V. within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). The Court reminds Plaintiff that "[t]o establish good cause a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control." *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (citation modified).

    Plaintiff must file this letter even if service of the Summons and Complaint is or has already been made on STX Group B.V.  If STX Group B.V. has been served, Plaintiff must also file proof of service on the docket no later than March 18, 2026.  If no such letter is filed, the Court may dismiss STX Group B.V. as a Defendant for failure to prosecute.

    SO ORDERED.

Dated: March 11, 2026
       New York, New York

                                                JOHN P. CRONAN
                                          United States District Judge