UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
KATHLEEN VIOLETTE,                                  :
                                                    :
                              Plaintiff,            :
                                                    :          25 Civ. 10210 (JPC)
          -v-                                       :
                                                    :          ORDER
STX COMMODITIES, LLC, *et al.*,                     :
                                                    :
                              Defendants.           :
                                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 25, 2026, Plaintiff served Defendant STX Group, B.V. with copies of the Summons and Complaint. Dkt. 16. STX Group, B.V.'s deadline to respond to the Complaint was therefore March 18, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from STX Group, B.V., nor that counsel has appeared on its behalf. Accordingly, the Court extends *sua sponte* STX Group, B.V.'s deadline to respond to the Complaint until May 25, 2026.

In addition, the docket reflects that mediation was scheduled to take place on May 7, 2026. By May 25, 2026, the parties shall advise the Court whether the mediation succeeded in resolving this dispute.

Finally, by May 25, 2026, both Defendants shall file disclosure statements pursuant to Federal Rule of Civil Procedure 7.1(a).

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which STX Group, B.V. was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: May 11, 2026
        New York, New York

_____
JOHN P. CRONAN
United States District Judge