

**Littler Mendelson, P.C.**
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510

Mathew W. Beckwith
203.974.8705 direct
203.974.8700 main
mbeckwith@littler.com

May 22, 2026

**VIA ECF AND EMAIL AT CronanNYSDChambers@nysd.uscourts.gov.**
Hon. John P. Cronan
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007-1312

Re:     ***Kathleen Violette v. STX Commodities LLC, et al.,***
        **Case No. 1:25-cv-10210-JPC**

Dear Judge Cronan:

We represent Defendant STX Commodities LLC in the above-referenced matter and submit this status report pursuant to your Order dated May 11, 2026 [Dkt # 17].

On May 7, 2026, the parties appeared for the scheduled mediation. Unfortunately, the parties were unable to resolve the dispute despite diligent efforts by the mediator and good faith from both sides.

Thank you,

*/s/ Mathew W. Beckwith*

Mathew W. Beckwith

cc:     Shannon Barry, Esq.
        Jeffrey Risman, Esq.

littler.com