# RISMAN & RISMAN, P.C.

ATTORNEYS AT LAW
233 BROADWAY, Suite 2707
NEW YORK, NEW YORK 10279
(212) 233-6400
www.risman-law.com

May 22, 2026

**VIA ECF AND EMAIL AT CronanNYSDChambers@nysd.uscourts.gov**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Kathleen Violette v. STX Commodities LLC, et al.,
Case No. 1:25-cv-10210-JPC**

Dear Judge Cronan:

My firm represents Plaintiff Kathleen Violette in the above-referenced matter. We write in response to Defendant STX Group B.V.'s letter dated May 22, 2026 (ECF Doc. No. 24) for leave to file a motion to dismiss Plaintiff's Complaint because Defendant STX Group B.V. was dissolved.

At the time Plaintiff filed her Complaint in this matter, Plaintiff was not aware that Defendant STX Group B.V. was purportedly dissolved or that Defendant STX Group B.V. was not the parent company of Defendant STX Commodities LLC. Furthermore, despite that Fed. R. Civ. P 7.1(b)(1) required Defendant STX Commodities LLC to file its Rule 7.1 Corporate Disclosure Statement with its Answer, Defendant STX Commodities LLC filed its Rule 7.1 Corporate Disclosure Statement on May 22, 2026 (ECF Doc. No. 23). Had Plaintiff been previously made aware that Defendant STX Group B.V. is not the parent company of Defendant STX Commodities LLC and that Defendant STX Group B.V. is dissolved, Plaintiff would have promptly amended her Complaint to reflect the proper parent company.

Plaintiff further notes that counsel for Defendants did not ask counsel for Plaintiff to consent to Defendant STX Group B.V.'s request for the extension of time to file its motion to dismiss, as required by Section 3(B) of Your Honor's Individual Rules of Practice.

Plaintiff is willing to amend her Complaint to reflect Defendant STX Commodities LLC's corporate structure and remove Defendant STX Group B.V. as a defendant should Defendant STX Group B.V. provide Plaintiff with sufficient documentation supporting the assertion that STX Group B.V. has dissolved and therefore lacks the capacity to be sued pursuant to Dutch law, in order to avoid Defendants needlessly expending resources in making a motion to dismiss.

Alternatively, should Defendant STX Group B.V. make its contemplated motion to dismiss, Plaintiff intends to file a First Amended Complaint reflecting Defendant STX Commodities LLC's corporate structure and removing Defendant STX Group B.V. as a Defendant.

Plaintiff thanks the Court for its consideration herein.

Respectfully,

*Shannon Barry*

Shannon Barry, Esq.
Jeffrey Risman, Esq.

*Counsel for Plaintiff*