# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

KATHLEEN VIOLETTE,

         **Plaintiff,**

    **v.**

**STX COMMODITIES, LLC and STX GROUP B.V.,**

         **Defendants.**

    :
    :
    :
    :
    :
    :
    :
    :
    :
    :
    :

**Case No.: 1:25-cv-10210-JPC**

## DEFENDANT'S ANSWER TO AMENDED COMPLAINT

Defendant STX Commodities, LLC, ("Defendant" and/or "STX") by and through its attorneys Littler Mendelson, P.C., hereby files its Answer and Special Defenses in the above captioned matter:

## NATURE OF ACTION

1.      Paragraph 1 calls for a legal conclusion, to which no response is required. To the extent paragraph 1 includes factual allegations, Defendant denies the allegations in paragraph 1 and leaves Plaintiff to her proof.

## PRELIMINARY STATEMENT

2.      Defendant admits the allegations in paragraph 2.

3.      Defendant admits the allegations in paragraph 3.

4.      Defendant admits the allegations in paragraph 4.

5.      Defendant admits the allegations in paragraph 5.

6.      Defendant admits that Plaintiff was employed by STX from June 20, 2023 to January 3, 2025, with the title of Marketing and Communications Manager.  Defendant denies the remaining allegations in paragraph 6.

7.      Defendant denies the allegations in paragraph 7.

8.      Defendant denies the allegations in paragraph 8.

9.      Defendant denies the allegations in paragraph 9.

10.     Defendant denies the allegations in paragraph 10.

**JURISDICTION AND VENUE**

11.     Paragraph 11 calls for a legal conclusion, to which no response is required.

12.     Paragraph 12 calls for a legal conclusion to which no response is required.

13.     Paragraph 13 calls for a legal conclusion to which no response is required.

14.     Paragraph 14 calls for a legal conclusion to which no response is required.

15.     Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 15 and leaves Plaintiff to her proof.

16.     Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 16 and leaves Plaintiff to her proof.

**PARTIES**

**Ms. Violette**

17.     Paragraph 17 calls for a legal conclusion, to which no response is required.

18.     Paragraph 18 calls for a legal conclusion, to which no response is required.

19.     Defendant admits that allegations in paragraph 19.

20.     Defendant admits that Plaintiff began her employment with STX on June 20, 2023, with the title of Marketing and Communications Manager.  Defendant denies the remaining allegations in paragraph 20.

2

21.     Defendant denies the allegations in paragraph 21.

22.     Defendant denies the allegations in paragraph 22.

23.     Defendant denies the allegations in paragraph 23.

24.     Paragraph 24 calls for a legal conclusion to which no response is required.

**STX Commodities, LLC**

25.     Defendant admits the allegations in paragraph 25.

26.     Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 26 referencing all applicable statutes and leaves Plaintiff to her proof.

27.     Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 27 referencing all applicable statutes and leaves Plaintiff to her proof.

28.     Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 28 referencing all applicable statutes and leaves Plaintiff to her proof.

29.     Paragraph 29 calls for a legal conclusion to which no response is required

**STX Commodities B.V.**

30.     Defendant admits the allegations in paragraph 30.

31.     Defendant denies the allegations in paragraph 31.

32.     Defendant denies the allegations in paragraph 32.

33.     Defendant denies the allegations in paragraph 33.

34.     Defendant denies the allegations in paragraph 34.

35.     Defendant denies the allegations in paragraph 35.

36.     Defendant denies the allegations in paragraph 36.

**STX Commodities Holding B.V.**

37.     Defendant admits the allegations in paragraph 37.

38.    Defendant admits that STX Commodities Holding B.V. is the parent company of STX Commodities.  Defendant denies the remaining allegations in paragraph 38.

39.    Defendant admits the allegations in paragraph 39.

40.    Defendant denies the allegations in paragraph 40.

41.    Defendant denies the allegations in paragraph 41.

42.    Defendant denies the allegations in paragraph 42.

43.    Defendant denies the allegations in paragraph 43.

44.    Defendant denies the allegations in paragraph 44.

**STX Holding B.V.**

45.    Defendant admits the allegations in paragraph 45.

46.    Defendant denies the allegations in paragraph 46.

47.    Defendant admits the allegations in paragraph 47.

48.    Defendant denies the allegations in paragraph 48.

49.    Defendant denies the allegations in paragraph 49.

50.    Defendant denies the allegations in paragraph 50.

51.    Defendant denies the allegations in paragraph 51.

52.    Defendant denies the allegations in paragraph 52.

**STX Commodities, STX Commodities B.V., STX Commodities Holding B.V., and STX Holding B.V. as Joint Employers:**

53.    Defendant denies the allegations in paragraph 53.

54.    Defendant admits the allegations in paragraph 54

55.    Defendant denies the allegations in paragraph 55.

56.    Defendant denies the allegations in paragraph 56.

57.    Defendant denies the allegations in paragraph 57.

58.     Defendant denies the allegations in paragraph 58.

59.     Defendant denies the allegations in paragraph 59.

60.     Defendant denies the allegations in paragraph 60.

61.     Defendant denies the allegations in paragraph 61.

62.     Defendant denies the allegations in paragraph 62.

63.     Defendant denies the allegations in in paragraph 63.

64.     Defendants denies the allegations in paragraph 64.

65.     Defendant denies the allegations in paragraph 65.

66.     Defendant denies the allegations in paragraph 66 as framed.

## FACTUAL ALLEGATIONS

67.     Defendant admits that Plaintiff began her employment with STX on June 20, 2023, with the title of Marketing and Communications Manager. Defendant denies the remaining allegations in paragraph 67.

68.     Defendant denies the allegations in paragraph 68.

69.     Defendant denies the allegations in paragraph 69.

70.     Defendant denies the allegations in paragraph 70.

71.     Defendant denies the allegations in paragraph 71..

72.     Defendant denies the allegations in paragraph 72..

73.     Defendant denies the allegations in paragraph 73.

74.     Defendant denies the allegations in paragraph 74.

75.     Defendant denies the allegations in paragraph 75.

76.     Defendant denies the allegations in paragraph 76 as framed.

77.     Defendant denies the allegations in paragraph 77 as framed.

78.     Defendant denies the allegations in paragraph 78.

79.     Defendant denies the allegations in paragraph 79.

80.     Defendant denies the allegations in paragraph 80..

81.     Defendant denies the allegations in paragraph 81..

82.     Defendant denies the allegations in paragraph 82..

83.     Defendant denies the allegations in paragraph 83.

84.     Defendant denies the allegations in paragraph 84.

85.     Defendant denies the allegations in paragraph 85.

86.     Defendant denies the allegations in paragraph 86.

87.     Defendant denies the allegations in paragraph 87 as framed.

88.     Defendant denies the allegations in paragraph 88.

89.     Defendant denies the allegations in paragraph 89.

90.     Defendant denies the allegations in paragraph 90.

91.     Defendant denies the allegations in paragraph 91.

92.     Defendant denies the allegations in paragraph 92.

93.      Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 93 and leaves Plaintiff to her proof.

94.     Defendant denies the allegations in paragraph 94.

95.     Defendant denies the allegations in paragraph 95.

96.     Defendant denies the allegations in paragraph 96.

97.     Defendant denies the allegations in paragraph 97 as framed.

98.     Defendant denies the allegations in paragraph 98 as framed.

99.     Defendant denies the allegations in paragraph 99 as framed.

100.    Defendant denies the allegations in paragraph 100.

101.    Defendant denies the allegations in paragraph 101 as framed.

102.    Defendant denies the allegations in paragraph 102.

103.    Defendant denies the allegations in paragraph 103.

104.    Defendant denies the allegations in paragraph 104.

105.    Defendant denies the allegations in paragraph 105 as framed.

106.    Defendant denies the allegations in paragraph 106.

107.    Defendant denies the allegations in paragraph 107 as framed.

108.    Defendant denies the allegations in paragraph 108.

109.    Defendant denies the allegations in paragraph 109.

110.    Defendant denies the allegations in paragraph 110.

111.    Defendant denies the allegations in paragraph 111 as framed.

112.    Defendant denies the allegations in paragraph 112.

113.    Defendant denies the allegations in paragraph 113.

114.    Defendant denies the allegations in paragraph 114.

115.    Defendant denies the allegations in paragraph 115.

116.    Defendant denies the allegations in paragraph 116.

## AS AND FOR A FIRST CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR SEXUAL HARASSMENT/HOSTILE WORK ENVIRONMENT IN VIOLATION OF TITLE VII

117.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 116 as if fully set forth herein.

118.    Paragraph 118 calls for a legal conclusion, to which no response is required. To the extent paragraph 118 includes factual allegations.

119.    Defendant denies the allegations in paragraph 119.

120.    Defendant denies the allegations in paragraph 120.

7

121.    Defendant denies the allegations in paragraph 121.

122.    Defendant denies the allegations in paragraph 122.

123.    Defendant denies the allegations in paragraph 123.

124.    Defendant denies the allegations in paragraph 124.

## AS AND FOR A SECOND CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR DISPERATE TREATMENT BECAUSE OF SEX IN VIOLATION OF TITLE VII

125.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 124 as if fully set forth herein.

126.    Paragraph 126 calls for a legal conclusion, to which no response is required.

127.    Defendant denies the allegations in paragraph 127.

128.    Defendant denies the allegations in paragraph 128.

129.    Defendant denies the allegations in paragraph 129.

130.    Defendant denies the allegations in paragraph 130.

131.    Defendant denies the allegations in paragraph 131.

132.    Defendant denies the allegations in paragraph 132.

133.    Defendant denies the allegations in paragraph 133.

## AS AND FOR A THIRD CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR DISABILITY DISCRIMINATION IN VIOLATION OF THE ADA

134.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 133 as if fully set forth herein.

135.    Paragraph 135 calls for a legal conclusion, to which no response is required.

136.    Defendant denies the allegations in paragraph 136.

137.    Defendant denies the allegations in paragraph 137.

138.    Defendant denies the allegations in paragraph 138.

139.    Defendant denies the allegations in paragraph 139.

140.    Defendant denies the allegations in paragraph 140.

## AS AND FOR A FOURTH CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR RETALIATION
## IN VIOLATION OF TITLE VII

141.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 140 as if fully set forth herein

142.    Defendant denies the allegations in paragraph 142.

143.    Defendant denies the allegations in paragraph 143.

144.    Defendant denies the allegations in paragraph 144.

145.    Defendant denies the allegations in paragraph 145.

## AS AND FOR A FIFTH CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR RETALIATION
## IN VIOLATION OF THE ADA

146.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 145 as if fully set forth herein.

147.    Paragraph 147 calls for a legal conclusion, to which no response is required.

148.    Defendant denies the allegations in paragraph 148.

149.    Defendant denies the allegations in paragraph 149.

150.    Defendant denies the allegations in paragraph 150.

151.    Defendant denies the allegations in paragraph 151.

152.    Defendant denies the allegations in paragraph 152.

153.    Defendant denies the allegations in paragraph 153.

154.    Defendant denies the allegations in paragraph 154.

155.    Defendant denies the allegations in paragraph 155.

156.    Defendant denies the allegations in paragraph 156.

157.    Defendant denies the allegations in paragraph 157.

## AS AND FOR A SIXTH CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR NATIONAL ORIGIN DISCRIMINATION
## IN VIOLATION OF TITLE VII

158.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs

1 through 157 as if fully set forth herein.

159.    Defendant denies the allegations in paragraph 159.

160.    Defendant denies the allegations in paragraph 160.

161.    Defendant denies the allegations in paragraph 161.

162.    Defendant denies the allegations in paragraph 162.

163.    Defendant denies the allegations in paragraph 163.

## AS AND FOR A SEVENTH CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR GENDER DISCRIMINATION AND
## HARASSMENT IN VIOLATION OF THE  NYSHRL

164.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs

1 through 163 as if fully set forth herein.

165.    Defendant denies the allegations in paragraph 165.

166.    Defendant denies the allegations in paragraph 166.

167.    Defendant denies the allegations in paragraph 167.

168.    Defendant denies the allegations in paragraph 168.

169.    Defendant denies the allegations in paragraph 169.

## AS AND FOR AN EIGHTH CAUSE OF ACTION

**AGAINST ALL DEFENDANTS FOR DISABILITY DISCRIMINATION
IN VIOLATION OF THE  NYSHRL**

170.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 169 as if fully set forth herein.

171.    Paragraph 171 calls for a legal conclusion, to which no response is required.

172.    Defendant denies the allegations in paragraph 172.

173.    Defendant denies the allegations in paragraph 173.

174.    Defendant denies the allegations in paragraph 174.

175.    Defendant denies the allegations in paragraph 175.

176.    Defendant denies the allegations in paragraph 176.

177.    Defendant denies the allegations in paragraph 177.

178.    Defendant denies the allegations in paragraph 178.

**AS AND FOR A NINTH CAUSE OF ACTION
AGAINST ALL DEFENDANTS FOR NATIONAL ORIGIN DISCRIMINATION
IN VIOLATION OF THE  NYSHRL**

179.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 178 as if fully set forth herein.

180.    Defendant admits the allegation in Paragraph 180.

181.    Defendant denies the allegations in paragraph 181.

182.    Defendant denies the allegations in paragraph 182.

183.    Defendant denies the allegations in paragraph 183.

184.    Defendant denies the allegations in paragraph 184.

185.    Defendant denies the allegations in paragraph 185.

186.    Defendant denies the allegations in paragraph 186.

187.   Defendant denies the allegations in paragraph 187.

188.   Defendant denies the allegations in paragraph 188.

## AS AND FOR AN ELEVENTH[1] CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR NATIONAL ORIGIN DISCRIMINATION
## IN VIOLATION OF THE  NYSHRL

189.   Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 188 as if fully set forth herein.

190.   Defendant denies the allegations in paragraph 190.

191.   Defendant denies the allegations in paragraph 191.

192.   Paragraph 192 calls for a legal conclusion, to which no response is required.

193.   Paragraph 193 calls for a legal conclusion, to which no response is required.

194.   Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 194 and leaves Plaintiff to her proof.

195.   Defendant denies the allegations in paragraph 195.

196.   Defendant denies the allegations in paragraph 196.

197.   Defendant denies the allegations in paragraph 197.

198.   Defendant denies the allegations in paragraph 198.

199.   Defendant denies the allegations in paragraph 199.

200.   Defendant denies the allegations in paragraph 200.

201.   Defendant denies the allegations in paragraph 201.

202.   Defendant denies the allegations in paragraph 202.

203.   Defendant denies the allegations in paragraph 203.

## AS AND FOR A TWELFTH CAUSE OF ACTION
## AGAINST ALL DEFENDANTS FOR RETALIATION

---

[1] The Complaint does not contain a 10th cause of action.

**IN VIOLATION OF THE  NYSHRL**

204.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs

1 through 203 as if fully set forth herein.

205.    Defendant denies the allegations in paragraph 205.

206.    Defendant denies the allegations in paragraph 206.

207.    Defendant denies the allegations in paragraph 207.

208.    Defendant denies the allegations in paragraph 208.

**AS AND FOR A THIRTEENTH CAUSE OF ACTION
AGAINST ALL DEFENDANTS FOR GENDER DISCRIMINATION AND
HARASSMENT IN VIOLATION OF THE  NYCHRL**

209.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs

1 through 208 as if fully set forth herein.

210.    Defendant denies the allegations in paragraph 210.

211.    Defendant denies the allegations in paragraph 211.

212.    Defendant denies the allegations in paragraph 212.

213.    Defendant denies the allegations in paragraph 213.

214.    Defendant denies the allegations in paragraph 214.

**AS AND FOR A FOURTEENTH CAUSE OF ACTION
AGAINST ALL DEFENDANTS FOR DISABILITY DISCRIMINATION
IN VIOLATION OF THE  NYCHRL**

215.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs

1 through 214 as if fully set forth herein.

216.    Paragraph 216 calls for a legal conclusion, to which no response is required.

217.    Defendant denies the allegations in paragraph 217.

13

218. Defendant denies the allegations in paragraph 218.

219. Defendant denies the allegations in paragraph 219.

220. Defendant denies the allegations in paragraph 220.

221. Defendant denies the allegations in paragraph 221.

222. Defendant denies the allegations in paragraph 222.

**AS AND FOR A FIFTEENTH CAUSE OF ACTION**
**AGAINST ALL DEFENDANTS FOR NATIONAL ORIGIN DISCRIMINATION**
**IN VIOLATION OF THE  NYCHRL**

223. Defendant repeats, reiterates, and re-alleges each and every response to paragraphs

1 through 222 as if fully set forth herein.

224. Defendant admits the allegations in paragraph 224.

225. Defendant denies the allegations in paragraph 225.

226. Defendant denies the allegations in paragraph 226.

227. Defendant denies the allegations in paragraph 227.

228. Defendant denies the allegations in paragraph 228.

229. Defendant denies the allegations in paragraph 229.

230. Defendant denies the allegations in paragraph 230.

231. Defendant denies the allegations in paragraph 231.

**AS AND FOR A SIXTEENTH CAUSE OF ACTION**
**AGAINST ALL DEFENDANTS FOR FAILURE TO ACCOMMODATE**
**IN VIOLATION OF THE  NYCHRL**

232. Defendant repeats, reiterates, and re-alleges each and every response to paragraphs

1 through 231 as if fully set forth herein.

233. Defendant denies the allegations in paragraph 232.

234. Defendant denies the allegations in paragraph 234.

235.    Paragraph 235 calls for a legal conclusion, to which no response is required.

236.    Paragraph 236 calls for a legal conclusion, to which no response is required.

237.    Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 237 and leaves Plaintiff to her proof.

238.    Defendant denies the allegations in paragraph 238.

239.    Defendant denies the allegations in paragraph 239.

240.    Defendant denies the allegations in paragraph 240.

241.    Defendant denies the allegations in paragraph 241.

242.    Defendant denies the allegations in paragraph 242.

243.    Defendant denies the allegations in paragraph 243.

244.    Defendant denies the allegations in paragraph 244.

245.    Defendant denies the allegations in paragraph 245.

246.    Defendant denies the allegations in paragraph 246.

247.    Defendant denies the allegations in paragraph 247.

248.    Defendant denies the allegations in paragraph 248.

**AS AND FOR A SEVENTEENTH CAUSE OF ACTION
AGAINST ALL DEFENDANTS FOR RETALIATION
IN VIOLATION OF THE  NYCHRL**

249.    Defendant repeats, reiterates, and re-alleges each and every response to paragraphs 1 through 248 as if fully set forth herein.

250.    Defendant denies the allegations in paragraph 250.

251.    Defendant denies the allegations in paragraph 251.

252.    Defendant denies the allegations in paragraph 252.

253.    Defendant denies the allegations in paragraph 253.

## AFFIRMATIVE DEFENSES

To the extent any defenses or legal theories asserted herein may be interpreted as being inconsistent, such defenses or legal theories are hereby pleaded in the alternative. Subject to a reasonable opportunity for further investigation and without shifting the burden of proof on any issue for which Plaintiff bears that burden, Defendant alleges the following affirmative defenses:

### First Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted, in whole or in part.

### Second Defense

Plaintiff failed to take advantage of Defendant's complaint procedures or to avoid harm otherwise, thereby depriving Defendant of the opportunity to take corrective measures.

### Third Defense

Plaintiff's damages, if any, must be reduced to the extent that they have been mitigated through subsequent earnings, or could have been mitigated through reasonable diligence by Plaintiff.

### Fourth Defense

Plaintiff's Complaint fails, in whole or in part, because the alleged losses or harms sustained, if any, resulted from the acts or omissions of Plaintiff.

### Fifth Defense

Plaintiff's claims of retaliation fail, in whole or in part, because Defendant lacked any retaliatory intent.

### Sixth Defense

Plaintiff's claims are barred, in whole or in part, by the relevant statute of limitations.

16

## Seventh Defense

Defendant made good faith efforts to avoid discrimination and harassment.

## Eighth Defense

Plaintiff claims are barred because Defendant's actions were taken for legitimate reasons and not motivated by discriminatory or retaliatory intent.

## Ninth Defense

Defendant exercised reasonable care to prevent and correct promptly any discrimination or harassment.

## RESERVATION OF RIGHTS

Defendant reserves the right to assert such additional defenses as may prove applicable during the course of this action and to amend or supplement its answers set forth above.

Dated at New Haven, Connecticut on this 16th day of June, 2026.

Respectfully submitted,

/s/ *Mathew W. Beckwith*

Elizabeth R. Mckenna
Mathew W. Beckwith
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street; Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
mbeckwith@littler.com
emckenna@littler.com

17

## **CERTIFICATION**

I hereby certify that on this 16th day of June, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all counsel and pro se parties of records via electronic mail by operations of the Court's electronic filing system, or via first class mail, postage prepaid, to those parties unable to accept electronic filing, including:

Jeffrey Risman, Esq.
Shannon Barry, Esq.
233 Broadway, Suite 2707
New York, New York 10279
212-233-6400

/s/ *Mathew W. Beckwith*
Mathew W. Beckwith (ct30683)