UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KATHLEEN VIOLETTE,

Plaintiff,

-v-

STX COMMODITIES, LLC, STX COMMODITIES B.V., STX COMMODITIES HOLDING B.V., STX HOLDING B.V.,

Defendants.

---------------------------------------------------------------------X

25 Civ. 10210 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Amended Complaint in this action was filed on June 2, 2026. Dkt. 27. The Amended Complaint named for the first time Defendants STX Commodities B.V., STX Commodities Holding B.V., and STX Holding B.V. Those Defendants have not appeared in this action, and the docket does not reflect whether they have been served. Plaintiff is ordered to file a status letter by September 8, 2026, explaining (1) whether service of the summons and Amended Complaint has been made on STX Commodities B.V., STX Commodities Holding B.V., and STX Holding B.V., in which case she shall file an affidavit of service on the docket, and if not, (2) what efforts she has taken to serve the aforementioned Defendants.

SO ORDERED.

Dated: September 1, 2026
New York, New York

JOHN P. CRONAN
United States District Judge