UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN VIOLETTE,

Plaintiff,

-against-

STX COMMODITIES, LLC ET AL,

Defendants.

Case No. 1:25-cv-10210-JPC

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Mathew W. Beckwith of Littler Mendelson, P.C. hereby appears as counsel for Defendants STX Commodities B.V., STX Commodities Holding B.V., and STX Holding B.V., and requests that all papers be served upon him and all communications herein be directed to him.

Dated: October 28, 2026
New Haven, Connecticut

LITTLER MENDELSON, P.C.

By: */s/ Mathew W. Beckwith*

Mathew W. Beckwith
mbeckwith@littler.com
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, Connecticut 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel and pro se parties of records via electronic mail by operation of the Court's electronic filing system, or via first class mail, postage prepaid, to those parties unable to accept electronic filing, including:

Shannon Barry, Esq.
Jeffrey Risman, Esq.
233 Broadway, Suite 2707
New York, NY 10279
sbarry@risman-law.com
jrisman@risman-law.com

*/s/ Mathew W. Beckwith*______
Mathew W. Beckwith