UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHLEEN VIOLETTE,

Plaintiff,

-v-

STX COMMODITIES, LLC, STX COMMODITIES B.V., STX COMMODITIES HOLDING B.V., STX HOLDING B.V.,

Defendants.

---

25 Civ. 10210 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The parties shall appear before the undersigned for a Webex conference on November 18, 2026 at 2:30 p.m. with respect to the letter from Defendants STX Commodities B.V., STX Commodities Holding B.V., and STX Holding B.V. regarding their anticipated motion to dismiss the Amended Complaint, Dkt. 43, and Plaintiff's letter in response, Dkt. 44. At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED.

Dated: November 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge