UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHLEEN VIOLETTE,

Plaintiff,

-v-

STX COMMODITIES, LLC, STX COMMODITIES B.V., STX COMMODITIES HOLDING B.V., STX HOLDING B.V.,

Defendants.

---

25 Civ. 10210 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

At the November 18, 2026 status conference, counsel for Defendants STX Commodities Holding B.V., STX Holding B.V., and STX Commodities B.V. represented that those Defendants had been served. However, proof of service as to those Defendants has not been filed on the docket. Accordingly, Plaintiff shall file proof of service as to those Defendants by November 25, 2026.

SO ORDERED.

Dated: November 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge