# RISMAN & RISMAN, P.C.

ATTORNEYS AT LAW
233 BROADWAY, Suite 2707
NEW YORK, NEW YORK 10279
(212) 233-6400
www.risman-law.com


November 24, 2026

**VIA ECF AND EMAIL AT CronanNYSDChambers@nysd.uscourts.gov**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Kathleen Violette v. STX Commodities LLC, et al.,**
**Case No. 1:25-cv-10210-JPC**

Dear Judge Cronan:

My firm represents Plaintiff Kathleen Violette. Pursuant to Section 3.B of Your Honor's Individual Rules, Plaintiff respectfully requests an extension of the November 25, 2026 deadline to file proof of service as to Defendants STX Commodities B.V., STX Commodities Holding B.V., and STX Holding B.V. (the "Dutch Defendants"), ECF No. 46, to December 28, 2026.

As Plaintiff advised the Court on September 1, 2026, the Dutch Defendants are being served under the Hague Convention. ECF No. 36. Plaintiff transmitted the service documents to a process server on June 18, 2026, and the process server transmitted them to the appropriate authority in the Netherlands on or about June 30, 2026. *Id.* At the November 18, 2026 conference, counsel for the Dutch Defendants represented that they had been served. ECF No. 46.

Plaintiff has not yet received the certificates of service. Today, the process server informed us that the Dutch authority may take several more weeks to prepare the Hague certificates, which it will send by mail. Because this delay is outside Plaintiff's control and was learned only today, Plaintiff was not able to make this request 48 hours before the deadline. Plaintiff will file the certificates promptly upon receipt, and in any event by the requested date.

This is Plaintiff's first request for an extension of this deadline. Counsel for the Dutch Defendants consents to this request. The requested extension does not affect any other scheduled date or deadline. Plaintiff thanks the Court for its consideration.

Respectfully submitted,

/s/ Shannon Barry

Shannon Barry, Esq.
Jeffrey Risman, Esq.
*Counsel for Plaintiff*

The request is granted. Plaintiff shall file proof of service as to Defendants STX Commodities B.V., STX Commodities Holding B.V., and STX Holding B.V. by December 28, 2026. The Clerk of Court is respectfully directed to close Docket Number 47.

SO ORDERED.
November 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge